**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUSTAVO ANTONIO PROANO-
CALDERON, a/k/a Francisco R.
Pagan,

        Defendant.

**No. 05-CR-4113-DEO**

**ORDER REGARDING REPORT AND
RECOMMENDATION CONCERNING
GUILTY PLEA**

_____

## I. INTRODUCTION AND BACKGROUND

On November 16, 2005, a 1 Count Indictment (Docket No. 1) was returned against defendant Gustavo Antonio Proano-Calderon, a/k/a Francisco R. Pagan.

Count 1 of that Indictment charges that the defendant, Gustavo Antonio Proano-Calderon, a/k/a Francisco R. Pagan, knowingly used an identification document to complete an employment eligibility verficiation form (I-9) to satisfy the requirements of the Immigration and Nationality Act § 274(A)(b) when the defendant knew the identifcation document was not issued lawfully for his use to wit: he signed an I-9 attesting to be a United States citizen whose name was Francisco R. Pagan and presented as evidence of his identity an unauthorized social security card, #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 in order to

secure employment at Curly's Foods, Inc., in Sioux City, Iowa. This was in violation of Title 18, United States Code, Section 1546(b).

On December 8, 2005, defendant Gustavo Antonio Proano-Calderon, a/k/a Francisco R. Pagan, appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment. On the same date, Judge Zoss filed a Report and Recommendation (Docket No. 17) in which he recommends that defendant Gustavo Antonio Proano-Calderon's, a/k/a Francisco R. Pagan, guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Gustavo Antonio Proano-Calderon's plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings

2

or recommendations made by the magistrate
[judge].

28 U.S.C. § 636(b)(1).  Similarly, Federal Rule of Civil

Procedure 72(b) provides for review of a magistrate judge's

Report and Recommendation on dispositive motions and prisoner

petitions, where objections are made as follows:

> The district judge to whom the case is
> assigned shall make a de novo determination
> upon the record, or after additional
> evidence, of any portion of the magistrate
> judge's disposition to which specific
> written objection has been made in
> accordance with this rule.  The district
> judge may accept, reject, or modify the
> recommendation decision, receive further
> evidence, or recommit the matter to the
> magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it

appears to the Court upon review of Judge Zoss's findings and

conclusions that there are no grounds to reject or modify

them.  Therefore, the Court accepts Judge Zoss's Report and

Recommendation (Docket No. 17), and accepts defendant Gustavo

Antonio Proano-Calderon's, a/k/a Francisco R. Pagan, plea of

guilty in this case to Count 1 of the Indictment filed on

November 16, 2005,

    **IT IS SO ORDERED** this 23rd day of December, 2005.

                      Donald E. O'Brien, Senior Judge
                      United States District Court
                      Northern District of Iowa